## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JON CARNLEY,

          P<small>LAINTIFF</small>,

v.                                  CASE NO.:3:21-cv-00738-MCR-HTC

WAL-MART STORES EAST, LP

          D<small>EFENDANT</small>.

_____/

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff, through his undersigned attorney, that the above-captioned action be dismissed, with prejudice, with each party to bear their own costs as this matter has been resolved.

Respectfully submitted,

                           */s/ Clayton M. Connors*
                           CLAYTON M. CONNORS
                           Florida Bar No.: 095553
                           Email: cmc@westconlaw.com
                           **THE LAW OFFICES OF**
                           **CLAYTON M. CONNORS,**
                           **P.L.L.C.**
                           4400 Bayou Blvd., Suite 32A
                           Pensacola, Florida 32503
                           Tel:  (850) 473-0401
                           *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that this the 31st day of May, 2022, the foregoing document is being served to on all counsel of record or pro se parties identified below via transmission of Notices of Electronic Filing generated by CM/ECF to:

Amy R. Turci, Esq.
aturci@fordharrison.com
Laura H. Alrutz, Esq.
lalrutz@fordharrison.com
**FORDHARRISON LLP**
225 Water Street, Suite 710
Jacksonville, FL, 33202
T (904) 357-2000
*Counsel for Defendant*

/s/ *Clayton M. Connors*
CLAYTON M. CONNORS
Florida Bar No.: 095553